# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3183
_____

DEMETRIUS RASHAD MASON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

June 21, 2024

PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

LEWIS, ROBERTS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Demetrius Rashad Mason, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.